December 22, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF J.A.C., A CHILD

NO. 14-11-00119-CV

This cause, an appeal from the "Order Confirming Non-Agreed Child Support Review Order," signed August 10, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We order appellant, Robert Hinojosa, to pay all costs incurred in this appeal. We further order this decision certified below for observance.